1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
MALIBU MEDIA, LLC,
11
                Plaintiff,                          No. C 16-06111 WHA
12
     v.
13
JOHN DOE, subscriber assigned IP address           **ORDER DENYING REQUEST**
24.130.56.150,                                      **TO EXTEND DEADLINE TO**
14                                                  **SERVE DEFENDANT**
                Defendant.                          **WITHOUT PREJUDICE**
15
     _____/
16

17          Plaintiff seeks to extend the deadline to effectuate service due to delays in receiving a

18   summons from the Clerk's office.  Plaintiff's motion is unsupported by a sworn declaration, and

19   it is accordingly **DENIED**.  This is without prejudice to a renewed request supported by sworn

20   evidence detailing counsel's diligence in procuring the summons, including the date and time of

21   each phone call to the Clerk's office and efforts to procure the summons in person, if any.  The

22   declaration shall also explain the delay between receiving defendant's identifying information

23   on March 30 (*see* Dkt. No. 15) and filing the amended complaint and proposed summons on

24   April 13 (*see* Dkt. No. 17).  Counsel is directed to review the Order Re Plaintiff's Proposed

25   Procedure for Effectuating Service in *Malibu Media, LLC v. Doe*, Case No. 15-4287, Docket

26   No. 29 (N.D. Cal. Feb. 23, 2016), which order is appended hereto as Exhibit 1.  That order has

27   formed the basis for the procedure in all Malibu Media cases assigned to the undersigned from

28   that day forward, which procedures are set forth in the order allowing Malibu Media to serve a

     third-party subpoena herein (Dkt. No. 20).

Additionally, any new requested extension shall be no longer than the time period between the filing of the proposed summons and the receipt of the summons (though the extension may be further reduced depending on the extent of plaintiff's counsel's diligence).

**IT IS SO ORDERED.**

Dated:   April 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE